[ No. 1932. Decided November 11, 1895.]

THE STATE OF WASHINGTON, *on the Relation of* GEORGE BRADLEY, *Prosecuting Attorney, Respondent,* v. P. E. BERRY *et al., Appellants.*

Appeal from Superior Court, Douglas County.—Hon. WALLACE MOUNT, Judge. Affirmed.

*P. E. Berry,* for appellants.

*M. B. Malloy,* for respondent.

*Per Curiam.*—This is a proceeding in *quo warranto,* and involves the validity of the organization and existence of the town of Waterville, as a municipal corporation. This is the only question presented, and as it has been heretofore expressly decided by this court in *Pullman v. Hungate,* 8 Wash. 519 (36 Pac. 483), and subsequently affirmed in *State ex. rel. Rice, v. Centralia,* 8 Wash. 659 (36 Pac. 484), and *Abernethy v. Medical Lake,* 9 Wash. 112 (37 Pac. 306), and as we are satisfied therewith, we decline to enter upon any further discussion of the question, and affirm the judgment rendered in the lower court herein.